IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYRELL JAMES HENDERSON,<br><br>Defendant. | CR 16-10-GF-BMM<br>**ORDER** |

The United States' unopposed motion to allow the multiple witnesses (Elizabeth Smalley, Lynn Kurtz, Travis Spinder, Crystal Gurney, Christina Andress, Lynette Lancon, and Eric Miller) of the Montana Department of Justice, Forensic Science Division, to testify via video at the trial scheduled to begin on January 9, 2016, with each of the above named witnesses testifying on January 10, 2016, is GRANTED. The United States shall make all the necessary video conference arrangements with Gretchen Jendro of the Court systems staff in Great Falls, Montana. The trial will not be continued or interrupted if conferencing

1

arrangements cannot be made or if the conference transmission signal is interrupted or lost

DATED this 29th day of December, 2016.

_____
Brian Morris
United States District Court Judge